## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANTHONY CARTER                                                                PLAINTIFF

V.                              NO. 3:13CV00214 JTR

CAROLYN W. COLVIN,                                                            DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 23rd DAY OF January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE